No. 59. UNITED STATES *v.* ROMPEL, ADMINISTRATOR. December 17, 1945. Order entered amending opinion.

Opinion reported as amended, 326 U. S. 367.

No. 71. MINE SAFETY APPLIANCES Co. *v.* FORRESTAL. December 17, 1945. The concurring opinion of MR. JUSTICE REED in this case is amended.

Opinion reported as amended, 326 U. S. 375.

No. 61, Misc. IN RE YAMASHITA. Application for leave to file petition for writ of habeas corpus and writ of prohibition; and

No. 672. YAMASHITA *v.* STYER, COMMANDING GENERAL. Petition for writ of certiorari to the Supreme Court of the Philippines. December 20, 1945.

The Court desires to hear argument upon the questions presented by the motion for leave to file the petition for writs of habeas corpus and prohibition and by the petition for writ of certiorari. Action upon the motion for leave to file and the petition for writ of certiorari will be withheld meanwhile, and the motion and petition are set down for oral argument on Monday, January 7, next.

MR. JUSTICE JACKSON took no part in the consideration of this order.

No. 637. BOARD OF SUPERVISORS OF MONONA COUNTY ET AL. *v.* BOARD OF TRUSTEES OF MONONA-HARRISON DRAINAGE DISTRICT No. 1 ET AL. January 2, 1946. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Breiholz* v. *Board of Supervisors,* 257 U. S. 118. *Mr. Allan A. Herrick* for appellants. *Messrs. J. W. Anderson* and *M. M. Lothrop* for appellees.